#6938
2/16/10
$1,463.97

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

February 16, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

Re: Daniel C. McCracken
Chapter 7 Case No. 09-20029

To the Clerk of the Court:

Enclosed please find a Trustee's check in the amount of ~~$17.99~~ $1,463.97. This check represents the following dividend check(s) which had been paid to creditor(s) and not cashed within 90 days:

| Creditor | Claim No. | Amount of Dividend |
|---|---|---|
| FIA Card Services | 7 | $ 826.13 |
| FIA Card Services | 8 | 637.84 |

If you have any further questions, please feel free to call.

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

RECEIVED FEB 16 2010 BANKRUPTCY COURT ROCHESTER, NY

enc.
MHA/ss